# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF TEXAS
# FORT WORTH DIVISION

| | | |
|---|---|---|
| **RICHARD FUENTES, individually and on behalf of all others similarly situated,** | § § § § | |
| **Plaintiff,** | § § | |
| v. | § § | **Civil Action No. 4:20-cv-01138-P** |
| **CREDIT CONTROL SERVICES, INC. d/b/a CREDIT COLLECTION SERVICES d/b/a CCS USA d/b/a THE CCS COMPANIES et al.,** | § § § § § § | |
| **Defendants.** | § | |

## FINAL JUDGMENT

This Final Judgment is issued pursuant to Federal Rule of Civil Procedure 58. In accordance with Plaintiff's Notice of Dismissal with Prejudice (ECF No. 17):

It is **ORDERED, ADJUDGED, and DECREED** that this civil action is **DISMISSED with prejudice.**

The Clerk shall transmit a true copy of this Final Judgment to the parties.

**SO ORDERED** on this **8th day** of **April, 2021.**

*/s/ Mark T. Pittman*

Mark T. Pittman
UNITED STATES DISTRICT JUDGE